

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00394-CV

Joe **MCNEIL**, Short Game, LLC, and Scott Fieber,
Appellants

v.

Brad **LAUDERDALE**,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 24-11-29397-CV
Honorable Daniel J. Kindred, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            H. Todd McCray, Justice
            Velia J. Meza, Justice

Delivered and Filed: December 17, 2025

DISMISSED

On July 23, 2025, we abated this appeal to enable the parties to finalize their settlement agreement. On December 1, 2025, the parties filed a joint motion to dismiss the appeal. The motion states that the parties have reached a resolution of this matter, and Appellants Joseph McNeil, Short Game, LLC, and Scott Fieber no longer wish to pursue the appeal. The motion has been signed by counsel for all parties.

This appeal is therefore reinstated on the docket of this court and the motion to dismiss is granted. *See* Tex. R. App. P. 42.1(a)(1); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). The appeal is dismissed. Costs of appeal are taxed against the party who incurred them.

PER CURIAM